State Bar Of Texas
Court of Appeals
P.O. Box ~~8308~~ 12308
Austin Texas

81,147-07

July 8 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
11:07 JUL 24 2015
Abel Acosta, Clerk

RE: With Jessie James Tabor's

Dear Court Of Appeals,

I would like to Respectfully submitt this evidence into my 11:07 thats in this Court at this time.

Please note you'll Find a copy of the violation of Probation and a copy of my Occupational DRIVER's License.

Defense Lawyer Clyde Chandler Refused I Defendant to show the Occupational License to prove Defendant had a Court Order to travel to 25 county's and Lometa is in Lampasas County and San Saba County is also listed as an aproved County that shows Defendant was Not violating Paragraph 5.

Defendant did take stand and stated True that he was in Lometa Tx. but wasn't asked "without permission" at that time 'cause I did have permission. I was asked to get off the stand when I was going to go into my Occupational License Order so I wasn't given my Right to Defend myself.

Nor was I Defendant given the chance to state Joel Nelson never told me he had a criminal record when I asked and I hired Joel Nelson but didn't do a background check.

I was around Joel Nelso but unaware of his criminal record.

Paragraph 4 and 5 are the 2 used to violate Defendant.

I Jessie James Tabor take this time to thank this court in taken his evidence in support with his 11.07. Thank you Kindly

Sincerely,

X Jessie Tabor

Jessie James Tabor 1878791
Telford Unit
3899 State Hwy 98
New Boston, Tx. 75570

Lawyer, Hollis Lewis did inform Judge John Youngblood of the Occupational License before he filed it so I would hire him to file it. I asked it to be signed by Judge Youngblood as well.

## CAUSE NO. <u>CR23680</u>

| | |
|---|---|
| **THE STATE OF TEXAS** | **IN THE DISTRICT COURT** |
| **VS.** | **OF** |
| <u>**JESSIE JAMES TABOR**</u> | **MILAM COUNTY, TEXAS** |

### VIOLATION OF THE CONDITIONS OF PROBATION

The Defendant, JESSIE JAMES TABOR, has violated condition No. 1 of the (3) three year probation granted him on the 4TH day of February, 2013, in the County of Milam, State of Texas, in that he has failed to neither commit nor be convicted of any offense against the Laws of the State of Texas, any other State, or of the United States of America, in that on or before the 18th day of May, 2013, in the County of Milam, State of Texas, the defendant, Jessie James Tabor, did commit the offense of Resisting Arrest, Search, or Transportation by then and there intentionally prevent or obstruct Officer Adam Assaker, a person the defendant knew to be a peace officer, from effecting an arrest of the defendant, by using force against said peace officer. Against the Peace and Dignity of the State of Texas.

Further, the Defendant, JESSIE JAMES TABOR, has violated condition No. 1 of the said probation in that he has failed to neither commit nor be convicted of any offense against the Laws of the State of Texas, any other State, or of the United States of America, in that on or before the 18th day of May, 2013, in the County of Milam, State of Texas, the defendant, Jessie James Tabor, did commit the offense of Assault Public Servant by then and there intentionally, knowingly, or recklessly cause bodily injury to Officer Adam Assaker by kicking him in the hand, grabbing his leg and attempting to bite him and the defendant did then and there know that the said, Officer Adam Assaker, was then and there a public servant, to-wit: Uniformed Police Officer, and that the said, Officer Adam Assaker ,was then and there lawfully discharging an official duty, to wit: attempting to lawfully arrest, detain and transport. Against the Peace and Dignity of the State of Texas.

Further, the Defendant, JESSIE JAMES TABOR, has violated condition No. 2 of the said probation in that he has failed to avoid injurious or vicious habits and abstain from the use of controlled substances, dangerous drugs, and marijuana and abstain from the use of any form of alcoholic beverage;

Further, the Defendant, JESSIE JAMES TABOR, has violated condition No. 3 of the said probation in that he has failed to avoid places and persons of harmful character, including places where controlled substances, dangerous drugs, and marijuana are possessed, sold or used and not associate with persons who possess, sell or use controlled substances, dangerous drugs, or marijuana and not associate with person of criminal record. Jessie James Tabor was in the company of Joel Wayne Nelson on May 17, 2013 and Donny Randall Bennett on May 18, 2013. Both individual are persons of criminal record.

Further, the Defendant, JESSIE JAMES TABOR, has violated condition No. 7 of the said probation in that he has failed to Remain within __Milam__ County, Texas, unless permitted in writing to depart by the Court. Jessie James Tabor traveled to San Saba County, Texas and Lometa, Texas without permission from the Court on May 17, 2013.



**CAUSE NO. CR23680**
**JESSIE JAMES TABOR**

Further, the Defendant, JESSIE JAMES TABOR, has violated condition No. 16 of the said probation in that he has failed to pay to the Milam County community Supervision and Corrections Department $50.00 as a Crime Stoppers Program payment due April 1, 2013. He is presently $50.00 delinquent.

Further, the Defendant, JESSIE JAMES TABOR, has violated condition No. 18 of the said probation in that he has failed to pay a fee of $25.00 to the Milam County Community Supervision and Corrections Department on April 1, 2013 for the maintenance of the Milam County Work Program. He is presently $25.00 delinquent.

Further, the Defendant, JESSIE JAMES TABOR, has violated condition No. 19 of the said probation in that he has failed to satisfactorily perform _240_ hours of Community Service restitution at the direction of the Community Supervision and Corrections Officer or his/her official designate at the rate of at least 16 hours per month beginning February 4, 2013.

These violations occurred after the 4th day of February 2013, and during the time of probation.

THE STATE OF TEXAS  }
COUNTY OF MILAM     }  This is to certify that
this is a true copy of the original.

**MAY 2 3 2013**



CINDY FECHNER
DISTRICT CLERK
MILAM COUNTY TEXAS
BY: _____
DEPUTY

NO. CW09143

Filed 15th day of April in 2013, At 4:20 M.
BARBARA VANSA
County Clerk, Milam County, Texas
By _____ Deputy

| | | |
|---|---|---|
| IN RE: JESSIE JAMES TABOR | § | IN THE COUNTY COURT |
| | § | |
| Texas Driver's License No. | § | |
| 01057936 | § | OF |
| | § | |
| Re: Occupational Driver's | § | |
| License | § | MILAM COUNTY, TEXAS |

## PETITION FOR OCCUPATIONAL DRIVER'S LICENSE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Jessie James Tabor, Petitioner, and petitions the Court for an occupational driver's license under the provisions of Section 521.242 of the Texas Transportation Code, and in support thereof would respectfully show this Honorable Court the following:

1.   Petitioner is a resident of Milam County, Texas, and his street address is 100 East 22nd, Cameron, TX 76520.

2.   Petitioner's license is suspended for surcharge violations. As a result of the surcharge violations the Petitioner's license was suspended on March 7, 2001 for an indefinite period of time.

3.   Petitioner request that he shall carry with him at all times, a log sheet or trip sheet in which he will enter all dates and times in which he is operating his vehicle.

3.   There is an essential need for Petitioner to operate and drive a motor vehicle to perform his occupation or trade or for transportation to and from where Petitioner practices his occupation or trade, as the owner of Jessie's Tree Service where he cuts, trims, and removes trees and to perform household duties on the following days and times and on the routes, highways and roads of Texas counties, to-wit:

CERTIFIED TO BE A TRUE AND CORRECT COPY
____ DAY OF __April__ 20_13_
PAGE____ OF____



BARBARA VANSA COUNTY CLERK
MILAM COUNTY, TEXAS
BY _____



COPY

**STATE OF TEXAS** §
§
**COUNTY OF MILAM** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Jessie James Tabor, who after being duly sworn stated:

"My name is Jessie James Tabor. I am the petitioner in the above entitled and numbered cause. I have read the attached Petition for Occupational Driver's License and hereby state that said Petition is true and correct."

Jessie James Tabor
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 12, 2013, to certify which witness my hand and seal of office.

ELIZABETH T. LEWIS
Notary Public, State of Texas
My Commission Expires
April 12, 2014

Notary Public, State of Texas

CERTIFIED TO BE A TRUE AND CORRECT COPY
_____ DAY OF _____ 20__
PAGE_____ 3 _____ OF 7

BARBARA VANSA COUNTY CLERK
MILAM COUNTY, TEXAS
BY_____

<u>Days and Times</u>

Monday thru Sunday                    7:00 a.m. to 8:30 p.m.

<u>Counties</u>

Milam, Robertson, Burleson, Brazos, Walker, Grimes, McLennan, Limestone, Freestone, Madison, Hill, Ellis, Dallas, Tarrant, Johnson, Bell, Coryell, Lampasas, Llano, San Saba, Mills, Lee, Williamson, and Travis.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that he be granted the privilege to drive a motor vehicle to perform his occupation or trade, and to perform household duties under such restrictions as the Court may determine.

Respectfully submitted,

HOLLIS LEWIS
202 West 6th
Cameron, Tx 76520
Tei: (254) 697-3132
Fax: (254) 697-8200

By: _____
Hollis Lewis
State Bar No. 12312200
Attorney for Jessie James Tabor

CERTIFIED TO BE A TRUE AND CORRECT COPY
_____ DAY OF __April__ 20_13_
PAGE____2____ OF _17_

BARBARA VANSA COUNTY CLERK
MILAM COUNTY, TEXAS
BY

CERTIFIED TO BE A TRUE AND CORRECT COPY
14 DAY OF April 20 13
PAGE 4 OF 7

BARBARA VANSA COUNTY CLERK
MILAM COUNTY, TEXAS
BY

NO. CV09143

| | |
|---|---|
| IN RE: JESSIE JAMES TABOR | § IN THE COUNTY COURT |
| | § |
| Texas Driver's License No. | § |
| 01057936 | § |
| | § |
| Re: Occupational Driver's | § |
| License | § MILAM COUNTY, TEXAS |

## ORDER GRANTING OCCUPATIONAL DRIVER'S LICENSE

On April 15, 2013 came on to be considered the Verified Petition for an Occupational Driver's License of Jessie James Tabor, Petitioner, who appeared in person and by counsel and announced ready.

The Court finds that:

1. Petitioner's license is suspended for surcharge violations. Petitioner's Texas driver's license was suspended on March 7, 2001 for an indefinite period of time.

2. There is an essential need for Petitioner to operate and drive a motor vehicle to perform his occupation or trade or for transportation to where Petitioner practices his occupation or trade, as the owner of Jessie's Tree Service where he cuts, trims, and removes tress and from where Petitioner practices his occupation or trade, and to perform household duties.

3. There is a sufficient showing of the necessity for waiving the 4 hour restriction and that Petitioner should be allowed, authorized and granted the right to operate a motor vehicle pursuant to the driver's license ordered herein for a period not to exceed 12 hours in any 24 consecutive hours.

4. Petitioner has not had a prior suspension arising from an alcohol or drug related enforcement contact in the five years preceding the arrest.

5.     Petitioner has a valid policy of liability insurance as required by the Texas Motor Vehicle Safety-Responsibility Act. (See EXHIBIT "A" Attached hereto and incorporated herein)

6.     The Texas Department of Public Safety should issue an occupational driver's license to Petitioner for a duration of the suspension period, accordingly.

It is, therefore, ORDERED by this Court, that Petitioner, Jessie James Tabor, be and is here now granted an occupational driver's license and use of a motor vehicle on the following days, times, routes and areas, and the 4 hour restriction is waived, and the 12 hour period is granted to-wit:

<u>Days and Times</u>

Monday thru Sunday                 7:00 a.m. to 8:30 p.m.

<u>Counties</u>

Milam, Robertson, Burleson, Brazos, Walker, Grimes, McLennan, Limestone, Freestone, Madison, Hill, Ellis, Dallas, Tarrant, Johnson, Bell, Coryell, Lampasas, Llano, San Saba, Mills, Lee, Williamson, and Travis.

It is further ORDERED that:

1.     This order granting Petitioner's occupational driver's license is effective immediately.

2.     Petitioner may use a copy of this Court order as an occupational Texas driver's license for 30 days after the date this order becomes effective.

3.     The Texas Department of Public Safety shall issue to Petitioner an occupational Texas driver's license, referring on its face to this order of the Court.

4.     The clerk of this Court shall furnish Petitioner with a certified copy of this order, at the Petitioner's expense.

CERTIFIED TO BE A TRUE AND CORRECT COPY
_____ DAY OF _____ April ___ 20 13
PAGE_____ 5 ___ OF __ 7_____

BARBARA VANSA COUNTY CLERK
MILAM COUNTY, TEXAS
BY_____

5.      Petitioner shall carry with him at all times, a log sheet or trip sheet in which he is to enter all dates and times in which he is operating his vehicle.

RENDERED, SIGNED AND ENTERED on April 15, 2013.

_____
JUDGE PRESIDING

A CERTIFIED COPY OF THIS ORDER MUST BE CARRIED BY THE NAMED PETITIONER AT ALL TIMES WHILE OPERATING A MOTOR VEHICLE. A PEACE OFFICER MAY EXAMINE THE CERTIFIED COPY UPON REQUEST WHEN PETITIONER IS OPERATING A MOTOR VEHICLE. <u>IT IS AN OFFENSE TO OPERATE A MOTOR VEHICLE WHEN A CERTIFIED COPY OF THIS ORDER IS NOT CARRIED.</u>

CERTIFIED TO BE A TRUE AND CORRECT COPY
_____ DAY OF _____ 20___
PAGE_____ OF_____

BARBARA VANSA COUNTY CLERK
MILAM COUNTY, TEXAS
BY_____

## Texas Liability Insurance Card



Progressive County Mutual Ins Co
**To report a claim:** 1-800-274-4499
(se habla español)

**Policy Period:** Apr 15, 2013 - Oct 15, 2013
Policy Number: 53440156-0
Agent: RUBAC INSURANCE
1-254-697-4683

**Named Insured**
JESSE TABOR
100 EAST 22ND APT 802
CAMERON, TX 76520



Year  Make
1986  FORD

Make
MUSTANG

Vehicle Identification No.
1FABT27M5GF266779

This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicles and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

---

## Texas Liability Insurance Card
**Keep this card.**

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- motor vehicle registration
- driver's license
- motor vehicle safety inspection sticker

You may also be asked to show this card or your policy if you have an accident or a peace officer asks to see it. All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. Failure to do so could result in fines up to $1,000, suspension of your driver's license and motor vehicle registration, and impoundment of your vehicle for up to 180 days (at a cost of $15 per day).

## Tarjeta de Seguro de Responsabilidad de Texas
**Guarde esta tarjeta.**

**IMPORTANTE:** Esta tarjeta o una copia de su póliza de seguro debe ser mostrada cuando usted solicite o renueve su:

- registro de vehículo de motor
- licencia para conducir
- estampa de inspección de seguridad para su vehículo

Pudiera que usted tenga también que mostrar esta tarjeta o su póliza de seguro si tiene un accidente o si un oficial de la paz se la pide. Todos los conductores en Texas deben de tener seguro de responsabilidad para sus vehículos, o de otra manera llenar los requisitos legales de responsabilidad civil. Fallo en llenar este requisito pudiera resultar en multas de hasta $1,000, suspension de su licencia para conducir y su registro de vehículo de motor, y la retención de su vehículo por un período de hasta 180 días (a un costo de $15 por día).

**Call Progressive Claims Service at 1-800-274-4499.** We are available 24 hours a day, 7 days a week to begin working to resolve your claim.

---

CERTIFIED TO BE A TRUE AND CORRECT COPY
THIS ____ DAY OF ____ April ____ 20 13
PAGE ____ 7 ____ OF ____

BARBARA VANSA COUNTY CLERK
MILAM COUNTY, TEXAS
BY ____

Exhibit "A"